Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERESA UNDERWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA a Massachusetts corporation; DOES I through V inclusive; and ROES I through V, inclusive,<br><br>    Defendants. | CASE NO. : 2:14-cv-01120-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff TERESA UNDERWOOD and Defendant SUN LIFE ASSURANCE COMPANY OF CANADA hereby stipulate to a dismissal of this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs as set forth in the Release between the parties.

DATED this 22nd day of December, 2014.

LAW OFFICE OF JULIE A. MERSCH    PIERCE ATWOOD, LLP.

By: /s/ Julie A. Mersch
    Julie A. Mersch, Esq.
    Nevada Bar No.: 004695
    701 S. 7th Street
    Las Vegas, NV 89101
    *Attorney for Plaintiff*

By: /s/ Byrne Decker
    Byrne Decker, Esq.
    Pierce Atwood, LLP.
    Merrill's Wharf
    254 Commercial Street
    Portland, ME 04101
    *Attorney for Defendant*

**<u>ORDER</u>**

Based on the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated:  December 23, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE